SCHENCK, Plaintiff-Appellant, v. UNION SERVICE
CORPORATION et, Defendants-Appellees.

Ohio Appeals, Second District, Franklin County.

No. 4288. Decided May 12, 1949.

Russ Bothwell, Columbus, for plaintiff-appellant.
Collis Gundy Lane, Columbus, for defendants-appellees.

**OPINION**

By THE COURT.

Submitted on motion by the defendants-appellees, Michael
Lenyo and Robert Poxon, seeking an order dismissing the
appeal for the reason that the order appealed from is not a
final order as defined by §12223-2 GC.

The record discloses that the order appealed from is one
sustaining the motions of the two defendants Lenyo and Poxon
to quash the service of summons because of irregularity of
process and not attacking the jurisdiction of the court. No
final judgment has been entered.

We are of the opinion that this is not a final order as
defined by the statute. The appellant is relying upon the case
of Uthoff v. DuBrie, 62 Oh Ap 285, but this case is not on all
fours with the case at bar, for there the service was attacked
on jurisdictional grounds. See Carr v. Marion Masonic Temple
Co., 67 Oh Ap 521; Jones v. Bontempo, 28 Abs 356.

The motion will be sustained.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.